FILED
October 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                   )         Case No. 2:08-mj-381 KJM
            Plaintiff, )
v.                                  )         ORDER FOR RELEASE
                                                   )         OF PERSON IN CUSTODY
Raymond Mao, )
                                                   )
            Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Raymond Mao  Case 2:08-mj-381 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $100,000, co-signed by defendant's sister.

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    X    (Other) Probation conditions/supervision; surrender passport; travel restrictions

Issued at  Sacramento, CA  on 10/29/08  at  4:22 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge